| | AUSA: | Margaret Smith | Telephone: (313) 264-9135 |
| | Special Agent: | Nate Triezenberg | Telephone: (810) 347-3408 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
v.
Darrell Wilbert Johnson

Case: 2:20-mj-30024
Judge: Unassigned,
Filed: 01-17-2020 At 11:25 AM
USA V JOHNSON (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 16, 2020 _____ in the county of _____ Oakland _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC §922(g) | Felon in posession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Nate Triezenberg, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

_____
Judge's signature

Date: 1/17/2020

City and state: Detroit, MI

Hon. R. Steven Whalen, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Special Agent Nathan Triezenberg, being duly sworn, depose and state the following:

1. I make this affidavit from personal knowledge based on my participation in this investigation, including writing and review of reports by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

2. I have been employed with the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since September 2015. I have received formal training through participation and successful completion of the ATF Special Agent Basic Training as well as training at the Federal Law Enforcement Training Center's Criminal Investigator Training Program.

3. I, along with other law enforcement personnel, are currently conducting an investigation involving Federal firearms violations by Darrell JOHNSON (AKA Darnell JOHNSON; DOB: X/XX/XXX). Specifically, a violation of Title 18 U.S.C. Section 922(g)(1)- Possession of a Firearm by a Felon.

4. On January 16, 2020, the United States Marshal Service conducted surveillance of JOHNSON in an effort to execute arrest warrants for Assault with Intent to Murder and Home Invasion 1st Degree through Macomb County. Law enforcement identified a residence on Miller St., Oak Park, MI as a potential location for JOHNSON, and obtained a search warrant for the location.

5. At approximately 7:15 p.m. the same day, law enforcement executed the search warrant and located JOHNSON. He was in the residence, along with two adult females and three minor children. One of the adult females was asked if there were firearms in the residence. She responded: "if there are, they belong to him," referencing JOHNSON. She also indicated that JOHNSON "probably has a gun here," and directed law enforcement to where the gun would be found.

6. During the search of the residence, a Smith and Wesson (Model 19 Revolver, .357 Magnum, SN R730596) loaded with six (6) rounds of ammunition was discovered in the closet of the bedroom identified as being used by JOHNSON. The firearm was discovered in a black backpack on the floor of the closet.

7.  JOHNSON is prohibited from possessing a firearm as a result of a 2011 felony conviction for Felony Firearm.

8.  The firearm described above was examined by the affiant, who is trained and is recognized as an authority on interstate nexus. It was found that the firearm was manufactured outside of the state of Michigan.

9.  Based on the aforementioned facts, I have probable cause to believe that on or about January 16, 2020, in the Eastern District of Michigan, Darrell JOHNSON did knowingly violate 18 U.S.C. § 922(g)(1), by unlawfuingly possessing a firearm while being prohibited as a felon.

Accordingly, your Affiant respectfully requests that this Court issue an arrest warrant.

_____
Special Agent Nathan Triezenberg,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn and subscribed before me this 17th day of January 2020

_____
United States Magistrate Judge

Date: _____ JAN 1 7 2020 __